# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **DATUM SOFTWARE, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 2:23-cv-136** |
| ) | |
| **CITIZANT, INC.** ) | |
| ) | |
| **Defendant,** ) | |

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Plaintiff Datum Software, Inc. appeals to the United States Circuit Court of Appeals for the Eleventh Circuit from the United State District Court's final order (Doc.23) granting a Motion to Dismiss (Doc. 13) filed by Defendant Citzant, Inc.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

<u>Citizant, Inc.</u>
J. Randall McNeill, Esq.
Jamie Helen Kidd Frawley
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700
Montgomery, AL 36124

Tenley A. Carp
Sara Lord
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037

Erin Winn
171 17th Street NW, Suite 2100
Atlanta, GA 30363

                                             **/s/ Micheal S. Jackson**
                                             MICHEAL S. JACKSON (ASB-0873-O78M)
                                             Attorney for Datum Software, Inc.

OF COUNSEL:

WEBSTER, HENRY, BRADWELL,
 COHAN, SPEAGLE & DESHAZO, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0116
Telephone:  (334) 264-9472
Facsimile:   (334) 264-9599
Email:        mjackson@websterhenry.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing has been served on the following by directing same to counsel's office address via United States first class mail, postage prepaid, or by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing on this 4th day of August, 2023:

J. Randall McNeill, Esq.
Jamie Helen Kidd Frawley
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700
Montgomery, AL 36124
Tel: (334) 386-0496
Fax: (334) 262-1889
rmcneill@wmwfirm.com
jfrawley@wmwfirm.com

Tenley A. Carp
Sara Lord
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
Tel: (202) 677-4066
Fax: (202) 677-4067
tenley.carp@agg.com
sara.lord@agg.com

Erin Winn
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Tel: (404) 873-8721
erin.winn@agg.com

            /s/ Micheal S. Jackson
            OF COUNSEL